IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00719-PSF-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$32,175.00 IN UNITED STATES CURRENCY,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Unopposed Motion to Vacate and Continue Scheduling Order and Conference (*doc. no. 9)* is **GRANTED**. The scheduling conference set for July 28, 2006, is **VACATED**.

      IT IS FURTHER ORDERED that a status report is to be filed with the court every ninety (30) days, the first of which is due on or before **August 21, 2006**.

**DATED:**     July 21, 2006