IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00719-PSF-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$32,175.00 IN UNITED STATES CURRENCY,

    Defendant.

---

### ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
### DATED OCTOBER 4, 2006

---

    This civil forfeiture matter is before the Court pursuant to the Recommendation of the Magistrate Judge (Dkt. # 22), entered October 4, 2006, recommending granting Plaintiff United States of America's motion for the entry of Default Judgment and Final Order of Forfeiture (Dkt. # 19).  No opposition to the motion was filed nor has any objection to the recommendation of the Magistrate Judge been timely filed.

    For the reasons set forth in the Recommendation, the Court finds that entry of default judgment and a final order of forfeiture should be entered and that plaintiff should have full and legal title to the Defendant $32,175 in United States currency in accordance with the applicable law.

    The Clerk of the Court is directed to enter a default judgment for this amount and a final order of forfeiture, and the plaintiff is directed to tender the forms of order to the Clerk within five days of this Order.        .

DATED:  October 19, 2006        BY THE COURT:

                                                          *s/ Phillip S. Figa*

                                                          _____
                                                          Phillip S. Figa
                                                          United States District Judge