IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00719-PSF-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$32,175.00 IN UNITED STATES CURRENCY,

    Defendant.

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture (Dkt. # 19) as to Defendant "$32,175.00 in United States Currency." The Court having reviewed said motion FINDS:

1) THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

2) THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

3) THAT after notice, no verified statements of interest/claims and answers as required by supplemental Rule C(6), or any other responsive filings, have been filed in this matter;

4) THAT default was entered by the Clerk of this Court on September 11, 2006; and

5) THAT based upon the facts and verification set forth in the Verified Complaint it appears by a preponderance of the evidence there was reasonable cause for the seizure of Defendant $32,175 in United States Currency and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is reasonable cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of Defendant $32,175 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the Defendant Currency and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the defendant property under 28 U.S.C. § 2465.

DATED:  November 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge